1

2

3

4

5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

STEPHEN LISS and BONI
MELCHOR, on their own behalf and on
behalf of others similarly situated,

Case No. 3:25-cv-05861-TLF

7

*Plaintiffs,*

**STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO REPSOND TO
COMPLAINT**

8

v.

9

SKECHERS U.S.A. INC.,

10

*Defendant.*

11

12     The parties in the above-captioned action, through their undersigned counsel, hereby

13  stipulate as follows:

14     1.     The current deadline for Defendant to respond to Plaintiff's complaint is

15  September 29, 2025.

16     2.     The parties agree that this deadline should be extended to October 14, 2025.

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  STIPULATION AND [PROPOSED]
ORDER EXTENDING DEADLINE TO
REPSOND TO COMPLAINT
25  3:25-cv-05861-TLF

**ANGELI & CALFO LLC**
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810

1    *SO STIPULATED*.

2    Dated: September 25, 2025

**ANGELI & CALFO LLC**

3

By: *s/ Angelo J. Calfo*

Angelo J. Calfo (WSBA #27079)

4    Tyler S. Weaver (WSBA #29413)
701 Pike St, Ste 1625
Seattle, WA 98101

5    Tel: (206) 703-4810
angelo@angelicalfo.com

6    tylerw@angelicalfo.com

7    **O'MELVENY & MYERS LLP**

8    By: *s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (CA Bar #97802)

9    (Admitted *Pro Hac Vice*)
Jeffrey A. Barker (CA Bar #166327)

10    (Admitted *Pro Hac Vice*)
Daniel Cooper (CA Bar # 329607)

11    (Admitted *Pro Hac Vice)*
1999 Avenue of the Stars, 8th Fl

12    Los Angeles, CA 90067-6035
Tel: (310) 553-6700

13    dpetrocelli@omm.com
jbarker@omm.com

14    dcooper@omm.com

15    *Attorneys for Defendant Skechers U.S.A., Inc.*

16    **SMITH & DIETRICH LAW OFFICES, PLLC**

17    By: *s/ Walter M. Smith*

18    Walter M. Smith, WSBA No. 46695
1226 State Ave NE, Ste 205

19    Olympia, WA 98506
Tel: (360) 915-6952

20    walter@smithdietrich.com

21    *Attorneys for Plaintiffs*

22

23

24    STIPULATION AND [PROPOSED]
ORDER EXTENDING DEADLINE TO
REPSOND TO COMPLAINT

25    3:25-cv-05861-TLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER**

It is so ordered. The deadline for Defendant to respond to Plaintiff's complaint shall be October 14, 2025.

Dated this ___ day of _____, 2025.

_____
HONORABLE THERESA L. FRICKE

STIPULATION AND [PROPOSED]
ORDER EXTENDING DEADLINE TO
REPSOND TO COMPLAINT
3:25-cv-05861-TLF

**ANGELI & CALFO LLC**
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810